UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAVEH L. AFRASIABI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-CV-10239-PBS |
| ) | |
| TAMERLAN AWAD, et al. ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF DEATH

Edward Downey, 3501 PGA Blvd Suite 201, Palm Beach Gardens, FL 33410, the Executor of the Estate of Christine D. Moser, suggests upon the record, pursuant to Fed. R. Civ. P. 25(a)(1), the death of Defendant Christine D. Moser during the pendency of this action.

                                Edward Downey, as Executor of the Estate of
                                Christine D. Moser

                                By its Attorney,


                                /s/ Douglas S. Brooks
                                Douglas S. Brooks (BBO No. 636697)
                                LibbyHoopes, P.C.
                                399 Boylston Street
                                Boston, MA 02116
                                (617) 338-9300
                                dbrooks@libbyhoopes.com

Dated:  August 24, 2015

**CERTIFICATE OF SERVICE**

  I, Douglas S. Brooks, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent on this date by regular mail to those, if any, indicated as non-registered participants.

              /s/ Douglas S. Brooks
              Douglas S. Brooks