US District Court

District of Massachusetts

Case No. 14-CV-10239 PBS

| | |
|---|---|
| AFRASIABI | ) |
| VS. | ) |
| CITY OF CAMBRIDGE, | ) |
| ET ALL. | ) |

## Plaintiff's Notice of Consent to Defendants' Settlement Offer

Plaintiff Afrasiabi hereby notifies the Court that he has consented in writing to the settlement offer of $2500.00 by the Defendants in their April 14, 2016 email to Plaintiff.

Respectfully Submitted,

Kaveh L. Afrasiabi, Pro Se

P.O. Box 721

Watertown, MA 02471

April 19, 2016

Certificate of Service: A true copy of this Motion has been served on the opposing counsel at City Hall, Legal Department, City of Cambridge, 795 Massachusetts Ave, Cambridge, MA 02139 on this date, April 19, 2016.