Mr. Afrasiabi:

After discussion, I am writing to inform you that the City, Officer Dimascio and Officer Crowley will not agree to sign a document entitled "Defendants' Statement of Regret" or any similar document as part of any settlement agreement pertaining to your federal lawsuit (Docket No. 1:14-cv-10239-PBS).

Additionally, regarding the allegations you raised in your April 9, 2016 email and have raised on prior occasions, Officer Crowley has denied committing perjury with respect to the criminal matter that is currently pending in Cambridge District Court (Docket No. 1552CR000403). Further, the Cambridge Police Department's records database does not indicate any records of arrest for you for on: August 25, 2014, September 3, 2014, September 10, 2014, October 3, 2014 and October 11, 2014, the dates specified in: (1) your complaint to the Cambridge Police Department's Standards and Practices Unit; and (2) your "transcript" of your purported interaction with a Cambridge police officer at the Cambridge Police Department's records office on December 11, 2014.

As previously indicated, the City agrees to stand by its previous offer to resolve your current federal lawsuit for two thousand five hundred dollars ($2,500.00). As part of this settlement proposal, the City will require that you dismiss your claims with prejudice waiving all rights of appeals, including the ones raised in your pending motions for leave to amend the complaint, against all of the City Defendants, including Officer Dimascio and Officer Crowley in both their individual and official capacities, and that any settlement agreement will cover all of the City Defendants, including Officer Dimascio and Officer Crowley in both their individual and official capacities. The City will also require that you sign a release, satisfactory to the City Defendants, of the City, all the City Defendants and all City employees as to all claims you have brought, or could have brought, in connection with the facts you allege in this litigation.

Please advise as to whether you will accept the City's settlement proposal as indicated above.

-Sean McKendry

# Metaphors in September

Poems Dedicated to the Victims of 9/11

Kaveh L. Afrasiabi

---

# METAPHORS IN SEPTEMBER • Kaveh L. Afrasiabi

## METAPHORS IN SEPTEMBER
Kaveh L. Afrasiabi

### Ground Zero

My anger does not yield easily.
I live in ground zero, sightseeing,
mourning, praying through
a vague memory of
once upon a time dialogue of civilizations
floating like ghosts of firemen past
staircases set in blaze.
The spirit stirred on that brilliant
sunny September has crept
into bones, permeating veins,
insinuating air corridors, echoing
along Hudson shores with
magnanimous lament.

Kaveh L. Afrasiabi, Ph.D. has studied both political science and theology and has authored several books on Iran, Islam, United Nations, and international affairs, as well as numerous scholarly articles and opinion columns in international newspapers in several languages. Afrasiabi has taught at Boston University and Tehran University and is a former consultant to UN's Program on Dialogue Among Civilizations. He is the founder of NGO, Global Inter-Faith Peace, and is a frequent contributor to UN Chronicle.

ISBN: 10:1532726775